**Electronically Filed
Intermediate Court of Appeals
29649
19-JUL-2012
08:23 AM**

NO. 29649


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


DANIEL K. KANAHELE, WARREN S. BLUM, LISA BUCHANAN, JAMES L. CONNIFF, and CAMBRIA MOSS, Plaintiffs-Appellants, v. MAUI COUNTY COUNCIL and COUNTY OF MAUI, Defendants-Appellees, and HONUAʻULA PARTNERS LLC, Defendant-Intervenor-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(Civil No. 08-1-0115(3))


ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Nakamura, C.J., Fujise and Ginoza, JJ.)

Upon consideration of Plaintiffs-Appellants' Motion for Reconsideration filed on July 6, 2012, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED:  Honolulu, Hawaiʻi, July 19, 2012


Chief Judge


Associate Judge


Associate Judge